# SPECIAL ORDERS

In this section are orders of the Court of general interest to the bench and bar of the state.

*Order Entered February 5, 2009:*

ROBERTS V TITAN INSURANCE COMPANY, Docket No. 280776. The Court orders that the motion for reconsideration is granted, and this Court's opinions issued in this matter on December 4, 2008, 281 Mich App 551 (2008), are hereby vacated. A new majority opinion and the concurring opinion are issued with this order.